Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; FRED INMAN AND CHARLES DEL MONTE, AS TRUSTEES; AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES;<br><br>        Plaintiffs,<br><br>v.<br><br>CRESCI PAINTING, INC.<br><br>        Defendant. | Case No.: C07-2321 JL<br><br>**STIPULATION FOR 60-DAY CONDITIONAL DISMISSAL PENDING SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter be conditionally dismissed pending full execution of a Settlement Agreement within sixty (60) days.

Accordingly, the pretrial calendar and Case Management Scheduling shall be vacated and

///

1  this action conditionally dismissed without prejudice after sixty (60) days from the date of this
2  Stipulation, unless reinstated by plaintiffs.  The Court shall retain jurisdiction of this matter.

3  Dated: July 30, 2007                              SALTZMAN & JOHNSON
                                                     LAW CORPORATION
4
5
6                                                    _____/s/_____
                                                     Muriel B. Kaplan
7                                                    Attorneys for Plaintiffs
8
9  Dated: July 30, 2007                              DAMRELL, NELSON, SCHRIMP,
                                                     PALOS, PACHER & SILVA
10
11
12                                                   _____/s/_____
                                                     Darrell F. Champion
13                                                   Attorneys for Defendant
14

17  July 31, 2007

*IT IS SO ORDERED*
*Judge James Larson*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)